# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIO DEYAN ATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD PACIFIC SHIPYARDS CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C06-0883-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Local Rules W.D. Wash. CR 39.1(e) and MJR 9(a), the Court hereby refers this case for settlement purposes only to the Honorable Mary Alice Theiler, United States Magistrate Judge.

DATED this 19th day of March, 2009.

　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk of Court

　　　　　　　　　　　　　　　　　　By  */s/ V. Perez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1